UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
ex rel. TZAC, INC.,

       Plaintiff,

v.

AMERICANS FOR PEACE NOW, INC.,

       Defendant.

Civil Action No. 21-3404 (TJK)

## [PROPOSED] ORDER

The United States and Relator TZAC, Inc., having filed a Joint Stipulation of Dismissal in this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1), the Court rules as follows:

IT IS ORDERED that,

1. All intervened and settled claims described as "Covered Conduct" in the Parties' Settlement Agreement, are dismissed with prejudice as to the United States and to Relator;

2. All other claims in the Civil Action, to the extent that any exist, shall be dismissed with prejudice as to Relator and without prejudice as to the United States;

3. Except as provided in the Settlement Agreement, the parties shall bear their respective costs, including any possible attorneys' fees or other expenses of litigation only with respect to the intervened and settled claims;

IT IS SO ORDERED,

This 15th day of August 2024.

_____
United States District Judge